**TANNER & ORTEGA, LLP**
**299 Broadway, Suite 1700**
**New York, N.Y. 10007**
**212-962-1333**

July 12, 2024

**By ECF**

Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Malik Lucas v. The City of New York, et al.</u>
24-CV-2940 (HG)

Your Honor,

    I represent the Plaintiff in the above matter. As per the Court's instructions, I am confirming that on this day, Plaintiff has provided Defendants with a fully executed 160.50 release for the sealed criminal file.

Respectfully submitted,
_____/s/_____
Hugo Ortega