**Tanner & Ortega, LLP**
**299 Broadway, Suite 1700**
**New York, N.Y. 10007**
**212-962-1333**

January 2, 2025

Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Malik Lucas v. The City of New York, et al. 24-CV-2940 (HG)</u>

Your Honor,

    Our firm represents the Plaintiff in the above-referenced matter. As per your Honor's Order dated December 11th 2024, the parties are to submit a Join letter and a Status report by January 6, 2025.

    Plaintiff is respectfully requesting a ten (10) day extension for the parties to submit same. I have conferred with defense counsel Mr. Gottstein, who has graciously consented to this request. The reason for the request is that your undersigned has been out sick for the last 10 days. Understanding that your Honor's individual rules requires that said request be filed at least three (3) days before the due date, however, as yesterday was New Years Day our office was closed. We apologize for the filing of this letter two days before the due date.

    In light of the above and with defense counsel's consent, Plaintiff respectfully request that the Court extend the submission date from 1/6/25 to 1/16/25.

    Thanking the Court for its consideration of Plaintiff's request.

    Respectfully submitted

    Tanner & Ortega, LLP


_____/s/_____

Hugo Ortega

To Defense Counsel via ECF