*The Law Office of*
# Rehan Nazrali, Esq.

277 Broadway ▪ Suite 1701A ▪ New York ▪ NY 10007 ▪ Tel: (646) 331-9378 ▪ Fax: (646) 572-8768
rnazraliesq@gmail.com

March 6, 2025

**By ECF**
Honorable Hector Gonzalez
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Malik Lucas v. The City of New York, et al.</u>
     24-CV-2940 (HG)

Your Honor:

  I represent Plaintiff in the above referenced matter. Pursuant to the Court's Order Dated March 3, 2025, (ECF#23) Plaintiff must amend his Amended Complaint on or before March 10, 2025. Plaintiff is writing to the Court to respectfully request a one week extension to March 17, 2025, to file his Amended Complaint.

  The reason for this request is due to the fact that on January 1, 2025, our office was notified that our Landlord had lost his lease and that we had to move out by January 31, 2025. Unfortunately, this unexpected office move has created a great backlog in our work schedule.

  I have reached out to defense counsel Mr. Gottstein to obtain his consent, however, he has not responded.

  The parties thank the Court for its consideration herein.

Respectfully submitted,
_____/s/_____
Rehan Nazrali, Esq.
Attorney for Plaintiff
277 Broadway, Suite 1701A
New York, N.Y. 10007

cc: **Via ECF**
   Evan Gottstein, Esq.
   *Attorney for Defendants*